1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   YOW MING YEH,                          No.  2:13-cv-262-TLN-EFB P

12              Petitioner,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   JOHN DOE WARDEN,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.

19        On July 3, 2013, respondent moved to dismiss the petition on the ground that the

20   petition is untimely and that petitioner failed to exhaust available state judicial remedies.  On

21   August 15, 2013, the court informed petitioner of the requirements for filing an opposition to any

22   motion to dismiss.  That order gave petitioner 21 days to file an opposition or statement of non-

23   opposition and warned him that failure to do so would result in a recommendation that this action

24   be dismissed.

25        The 21 days have passed and petitioner has not filed an opposition or a statement of no

26   opposition nor otherwise responded to the August 15, 2013 order.

27   /////

28   /////

                              1

1    Accordingly, it is RECOMMENDED that this action be dismissed.  Fed. R. Civ. P. 41(b);

2  Rule 12, Rules Governing § 2254 Cases.

3    These findings and recommendations are submitted to the United States District Judge

4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5  after being served with these findings and recommendations, any party may file written

6  objections with the court and serve a copy on all parties.  Such a document should be captioned

7  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

9  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In

10  his objections petitioner may address whether a certificate of appealability should issue in the

11  event he files an appeal of the judgment in this case.  See Rule 11, Federal Rules Governing

12  Section 2254 Cases (the district court must issue or deny a certificate of appealability when it

13  enters a final order adverse to the applicant).

14  Dated:  September 16, 2013.

15

16                    EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28